UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 23-208 |
| IRVIN J. LEFERE, JR. | SECTION "R" (4) |

## ORDER AND REASONS

Before the Court is the defendant's motion to continue sentencing.[1] The Court finds that defendant has good cause for the continuance. As such, defendant's sentencing hearing is reset for **Wednesday, January 21, 2026** at **10:30 a.m.** The defendant may file additional objections to the pre-sentence investigation report by **January 7, 2026.** The government must file a response by **January 14, 2026.** Further, at the sentencing hearing, the defendant can challenge whether the government has established by a preponderance of the evidence the relevant conduct contained in the pre-sentence investigation report. The Court will consider defendant's motion to withdraw his guilty plea[2] in a separate order.

New Orleans, Louisiana, this 30th day of September, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 45.
[2] R. Doc. 47.

1